# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**Revised: September 16, 2013**

Official Caption[1]

2013-1625, -1631, -1632, -1633

ERICSSON, INC. and
TELEFONAKTIEBOLAGET LM ERICSSON,

Plaintiffs-Appellees,

v.

D-LINK SYSTEMS, INC., NETGEAR, INC., ACER, INC.,
ACER AMERICA CORPORATION, and GATEWAY, INC.,

Defendants-Appellants,

and

DELL, INC.,

Defendant-Appellant,

and

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
and TOSHIBA CORPORATION,

Defendants-Appellants,

and

INTEL CORPORATION,

Intervenor-Appellant,

and

BELKIN INTERNATIONAL, INC.,

Defendant.

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders.
FRAP 12(a); 32(a).

Appeals from the United States District Court for the Eastern District of Texas in case no. 10-CV-0473, Chief Judge Leonard Davis.

Authorized Abbreviated Caption[2]

ERICSSON, INC. V D-LINK SYSTEMS, INC., 2013-1625, -1631, -1632, -1633

---

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.