**2013-1625, -1631, -1632, -1633**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

ERICSSON, INC. and
TELEFONAKTIEBOLAGET LM ERICSSON,

*Plaintiffs-Appellees*,

v.

D-LINK SYSTEMS, INC., NETGEAR, INC., ACER, INC.,
ACER AMERICA CORPORATION, and GATEWAY, INC.,

*Defendants-Appellants,*

and

DELL, INC.,

*Defendant-Appellant*,

and

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
and TOSHIBA CORPORATION,

*Defendants-Appellants,*

and

INTEL CORPORATION,

*Intervenor-Appellant*,

and

BELKIN INTERNATIONAL, INC.,

*Defendant.*

Appeals from the United States District Court for the Eastern District of Texas
in case no. 10-CV-0473, Chief Judge Leonard Davis.

**APPELLANTS' UNOPPOSED MOTION FOR 30-DAY EXTENSION
OF TIME TO FILE OPENING BRIEFING**

October 18, 2013

Appellants D-Link Systems, Inc., Netgear, Inc., Acer, Inc., Acer America Corporation, Gateway, Inc., Dell Inc., Toshiba America Information Systems, Inc., Toshiba Corporation, and Intel Corporation (collectively, "Appellants") respectfully request an extension of thirty (30) days to file opening briefing. Under the existing schedule, Appellants' opening briefing is due on Friday, November 15, 2013. The extension sought herein would extend the due date for Appellants' opening briefing to Monday, December 16, 2013.

Appellants have not received any previous extension of time with respect to opening briefing. Appellants have conferred with counsel for the Appellees and are authorized to state that Appellees do not oppose this Motion and will not file a response.

Appellants request the additional time to accommodate the pre-existing professional obligations of counsel in earlier-filed matters and to allow Appellants to attempt to coordinate their filings to reduce the burden on the Court.

For the foregoing reasons, Appellants respectfully request that the Court grant their unopposed motion.

| | |
|---|---|
| Respectfully submitted, | Dated: October 18, 2013 |

*/s/ William F. Lee*

| | |
|---|---|
| WILLIAM F. LEE | ROBERT A. VAN NEST |
| MARK C. FLEMING | STEVEN A. HIRSCH |
| JOSEPH J. MUELLER | EUGENE MORRIS PAIGE |

LAUREN B. FLETCHER
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

JAMES L. QUARLES
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
(202) 663-6000

ADAM R. ALPER
KIRLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
(415) 439-1876

GREG AROVAS
KIRLAND & ELLIS LLP
601 Lexington Avenue
Citigroup Center
New York, NY 10022
(212) 446-4800

JOHN C. O'QUINN
KIRLAND & ELLIS LLP
655 15th Street, N.W.
Washington, DC 20005
(202) 879-5191

*Attorneys for Intervenor-Appellant Intel Corporation*

MATAN SHACHAM
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111
(415) 391-5400

SCOTT D. BAKER
DOYLE BRUCE JOHNSON
JONAH D. MITCHELL
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
(415) 543-8700

JAMES CHRISTOPHER MARTIN
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
(412) 288-3546

*Attorneys for Defendants-Appellants D-Link Systems, Inc.; NETGEAR, Inc.; Acer, Inc.; Acer America Corporation; and Gateway, Inc.*

MICHAEL J. NEWTON
SHAUN WILLIAM HASSETT
ALSTON & BIRD LLP
2828 N. Harwood St., Suite 1800
Dallas, TX 75201
(214) 922-3423

FRANK G. SMITH, III
ALSTON & BIRD LLP
1201 West Peachtree Street
One Atlantic Center
Atlanta, GA 30309
(404) 881-7000

*Attorneys for Defendant-Appellant*

*Dell Inc.*

JOHN JOSEPH FELDHAUS
PAVAN KUMAR AGARWAL
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 600
Washington, DC 20007
(202) 672-5403

*Attorneys for Defendants-Appellants Toshiba America Information Systems, Inc. and Toshiba Corporation*

## CERTIFICATE OF INTEREST

Pursuant to Federal Circuit Rule 47.4, counsel of record for Intervenor-Appellant Intel Corporation certify as follows:

1. The full name of every party represented by us is:
   Intel Corporation

2. The names of the real parties in interest represented by us are:
   Not applicable.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the parties represented by us are:
   None

4. The names of all law firms and the partners or associates that appeared for the parties represented by us in the trial court, or are expected to appear in this Court, are:

   KIRKLAND & ELLIS LLP: Adam Alper, Gregory S. Arovas, Oliver Bennett, Luke L. Dauchot, Michael W. De Vries, Jared D. Edgar, John R. Edwards, Sarah Forney, Lov Goel, Raghav R. Krishnapriyan, Peter C. Magic, Tim Majors, John C. O'Quinn, Sarah E. Piepmeier, Kevin Spark, Jeremy J. Taylor

   PARKER, BUNT & AINSWORTH, P.C.: Robert C. Bunt, Robert M. Parker

   POTTER MINTON P.C.: John F. Bufe, Allen F. Gardner, Michael E. Jones

   SIDLEY AUSTIN LLP: Bryan C. Mulder, Stephanie P. Koh, Thomas D. Rein

   WILMER CUTLER PICKERING HALE AND DORR LLP: Brittany Amadi, Megan Barbero, Mark C. Fleming, Lauren B. Fletcher, William F. Lee, Joseph J. Mueller, James L. Quarles III, Joshua Salzman

Dated: October 18, 2013          /s/ William F. Lee
                                 WILLIAM F. LEE

## CERTIFICATE OF INTEREST

Pursuant to Federal Circuit Rule 47.4, counsel of record for Defendants-Appellants D-Link Systems, Inc.; NETGEAR, Inc.; Acer, Inc.; Acer America Corporation; and Gateway, Inc. certify as follows:

1. The full names of every party represented by us are:
   Acer, Inc., Acer America Corporation, Gateway, Inc., NETGEAR, Inc., and D-Link Systems, Inc.

2. The names of the real parties in interest represented by us are:
   Not applicable.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the parties represented by us are:
   Acer, Inc. owns 100% of Boardwalk Capital Holdings Limited, which owns 100% of Acer American Holdings Corp., which owns 100% of Gateway, Inc., which owns 99.92% of Acer America Corporation.

4. The names of all law firms and the partners or associates that appeared for the parties represented by us in the trial court, or are expected to appear in this Court, are:

   KEKER & VAN NEST: Robert A. Van Nest, Cory A Johanningmeier, Eugene M. Paige, Matan Shacham

   REED SMITH LLP: Scott D. Baker, John P. Bovich, Jonah D. Mitchell, William R. Overend, Adaline J. Hilgard, Christine M. Morgan, James A. Daire, Seth B. Herring, Kirsten R. Rydstrom

   LAW OFFICE OF S J CHRISTINE YANG: Christine Yang, Duncan Palmatier, Victoria Hao

   YARBROUGH WILCOX, PLLC: Herbert A. Yarbrough, III, Debra Elaine Gunter

   FREITAS TSENG & KAUFMAN LLP: Kaiwen Tseng

Dated: October 18, 2013         */s/ Robert A. Van Nest*
                                 ROBERT A. VAN NEST

## CERTIFICATE OF INTEREST

Pursuant to Federal Circuit Rule 47.4, counsel of record for Defendant-Appellant Dell Inc. certify as follows:

1. The full name of every party represented by us is:
   Dell Inc.

2. The names of the real parties in interest represented by us are:
   Not applicable.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the parties represented by us are:
   Not applicable.

4. The names of all law firms and the partners or associates that appeared for the parties represented by us in the trial court, or are expected to appear in this Court, are:

   ALSTON & BIRD LLP: Michael J. Newton, Frank G. Smith, III, Jason W. Cook, Dwayne Norton, Shaun W. Hassett, Brady Cox, Kamran Jivani, Marsha Mullin, Stacey White

   THE DACUS FIRM, PC: Daron Dacus, Peter Kerr, Shannon Dacus

Dated: October 18, 2013                 /s/ Michael J. Newton
                                        MICHAEL J. NEWTON

# CERTIFICATE OF INTEREST

Pursuant to Federal Circuit Rule 47.4, counsel of record for Defendants-Appellants Toshiba America Information System, Inc. and Toshiba Corporation certify as follows:

1. The full name of every party represented by us is:
    Toshiba America Information System, Inc. and Toshiba Corporation

2. The names of the real parties in interest represented by us are: Toshiba America Information System, Inc. and Toshiba Corporation, the parties named in the caption, are the real parties in interest represented by me.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the parties represented by us are: Toshiba America Information Systems, Inc. is a wholly owned subsidiary of Toshiba America, Inc., which is a wholly owned subsidiary of Toshiba Corporation, which is a publicly held company.

4. The names of all law firms and the partners or associates that appeared for the parties represented by us in the trial court, or are expected to appear in this Court, are:

    FOLEY & LARDNER LLP: John J. Feldhaus; Pavan K. Agarwal; Liane M. Peterson; Kevin Malaney; Andrew Cheslock; and Jason J. Keener

    LAW OFFICES OF GUY N. HARRISON: Guy N. Harrison


Dated: October 18, 2013        */s/ John J. Feldhaus*
                               JOHN J. FELDHAUS

# CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing Motion for 30-Day Extension for Appellants with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system this 18th day of October, 2013, and served a copy on counsel of record by the CM/ECF system and by electronic mail. I further certify that I caused a copy of same to be sent by electronic mail to:

THEODORE STEVENSON III
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
tstevenson@mckoolsmith.com

SAMUEL F. BAXTER
MCKOOL SMITH, P.C.
104 E. Houston Street, Suite 300
Marshall, TX 75670
sbaxter@mckoolsmith.com

*Attorneys for Plaintiffs-Appellees Ericsson Inc. and Telefonaktiebolaget LM Ericsson*

Dated: October 18, 2013                     */s/ William F. Lee*
                                            WILLIAM F. LEE
                                            WILMER CUTLER PICKERING
                                               HALE AND DORR LLP
                                            60 State Street
                                            Boston, MA  02109
                                            (617) 526-6000 (p)
                                            (617) 526-5000 (f)
                                            william.lee@wilmerhale.com